**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1106

LARRY R. SHORT,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.  Glen M. Williams, Senior
District Judge.  (1:04-cv-00132-gmw)

Submitted:  August 18, 2006          Decided:  August 31, 2006

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph E. Wolfe, Norton, Virginia, for Appellant.  Donna L.
Calvert, Regional Chief Counsel, Nora R. Koch, Supervisory Regional
Counsel, Kathleen Hogan, Assistant Regional Counsel, Philadelphia,
Pennsylvania; John L. Brownlee, Acting United States Attorney, Sara
Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry R. Short appeals the district court's order affirming the Commissioner's denial of disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1986). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Short v. Barnhart, No. 1:04-cv-00132-gmw (W.D. Va. Nov. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED